UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
REX T LANIER                                               CASE NO. 20-10811
3404 EAST MARTIN LUTHER KING JR DRIVE                      JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27260

    DEBTOR

SSN(1) XXX-XX-9017                                         DATE: 06/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $0.00<br>INT:  .00%<br>NAME ID: 21741<br>CLAIM #:  0005 | (S) SECURED<br>SURRENDERED<br>ACCT: 0742<br>COMMENT:  221OR,REL |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $324.75<br>INT:  .00%<br>NAME ID: 182840<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 9042<br>COMMENT: |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $1,749.33<br>INT:  .00%<br>NAME ID: 182840<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 5925<br>COMMENT: |
| BBVA USA<br>P O BOX 10566<br>BIRMINGHAM, AL  35296 | $2,485.14<br>INT:  .00%<br>NAME ID: 183914<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 3907<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $182.53<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 5701<br>COMMENT: |
| CCS PAYMENT<br>PAYMENT PROCESSING CENTER<br>BOSTON, MA  02205 | $0.00<br>INT:  .00%<br>NAME ID: 183550<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9062<br>COMMENT: |
| CITI CARDS<br>P O BOX 70166<br>PHILADELPHIA, PA  19176-0166 | $0.00<br>INT:  .00%<br>NAME ID: 173994<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2484<br>COMMENT: |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5072<br>CAROL STREAM, IL  60197-5072 | $365.83<br>INT:  .00%<br>NAME ID: 179272<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 2592<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST SAVINGS CREDIT<br>P O BOX 5019<br>SIOUX FALLS, SD  57117 | $0.00<br>INT: .00%<br>NAME ID: 32379<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8542<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9017<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $545.17<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 9677<br>COMMENT: CITIBANK |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $2,435.68<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 4001<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,701.57<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 6149<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $55.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (U) UNSECURED<br><br>ACCT: 17TX<br>COMMENT: |
| NORTH CAROLINA DMV<br>2391 COLISEUM BLVD<br>GREENSBORO, NC  27403 | $0.00<br>INT: .00%<br>NAME ID: 183551<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD #247<br>BLASDELL, NY  14219 | $474.67<br>INT: .00%<br>NAME ID: 178606<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 5436<br>COMMENT: |
| PITTSYLVANIA COUNTY TAX<br>DEPARTMENT<br>11 BANK ST<br>CHATHAM, VA  24531 | $0.00<br>INT: .00%<br>NAME ID: 183548<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $891.84<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 0562<br>COMMENT: |
| PYOD LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 19008<br>GREENVILLE, SC  29602 | $1,614.97<br>INT: .00%<br>NAME ID: 114296<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 1096<br>COMMENT: CREDIT ONE BANK |

PAGE 3 - CHAPTER 13 CASE NO. 20-10811

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STANISLAUS COUNTY<br>OFFICE OF TREASURER TAX COLLECTOR<br>1010 10TH ST STE 2500<br>MODESTO, CA 95354 | $0.00<br>INT: .00%<br>NAME ID: 183552<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7474<br>COMMENT: |
| SYNCHRONY BANK<br>170 W ELECTION RD STE 125<br>DRAPER, UT 84020 | $0.00<br>INT: .00%<br>NAME ID: 171749<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TREASURER AND TAX COLLECTOR<br>OF STANISLAUS COUNTY<br>P O BOX 1003<br>MODESTO, CA 95353 | $0.00<br>INT: .00%<br>NAME ID: 183553<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>P O BOX 751727<br>CHARLOTTE, NC 28275 | $0.00<br>INT: .00%<br>NAME ID: 150660<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WESLEY LONG HOSPITAL<br>501 N ELAM AVE<br>GREENSBORO, NC 27403 | $0.00<br>INT: .00%<br>NAME ID: 169428<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$12,826.48** | |
| RONALD A ANDERSON ESQ<br>P O BOX 14639<br>ARCHDALE, NC 27263 | $2,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

Case 20-10811   Doc 23   Filed 06/16/21   Page 4 of 4

PAGE 4 - CHAPTER 13 CASE NO. 20-10811

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/16/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice